UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ZENDY ARLENY TORRES GARCIA, | Case No. 2:19-cv-00799-JAD-BNW |
| Plaintiff, | ORDER |
| v. | |
| TEOFILO ISRAEL GUZMAN GARCIA, | |
| Defendant. | |

This matter is before the court on plaintiff's failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Complaint (ECF No. 1) in this matter was filed May 9, 2019. No answer has been filed. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except habeas corpus cases) counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, plaintiff has failed to comply. Accordingly,

**IT IS ORDERED** that plaintiff shall file her certificate of interested parties, which fully complies with LR 7.1-1 **no later than June 12, 2019.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 29th day of May, 2019.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE