# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ZENDY ARLENY TORRES GARCIA, | Case No. 2:19-cv-00799-JAD-BNW |
| Petitioner, | |
| v. | **ORDER SETTING CASE-MANAGEMENT CONFERENCE** |
| TEOFILO ISRAEL GUZMAN GALICIA, | |
| Respondent. | |

Presently before court is petitioner Zendy Arleny Torres Garcia's Verified Complaint and Petition for Return of Child (ECF No. 1).

Torres Garcia seeks the return of her child to Mexico under the 1980 Hague Convention on Civil Aspects of International Child Abduction ("Hague Convention"). Given that Hague Convention cases for the return of minor children must be handled on an expedited basis, the court will set a case-management conference for Wednesday, August 14, 2019, at 4:00 p.m. At the case-management conference, the parties should be prepared to discuss the following topics:

- the child's current location and living situation;
- whether a discovery plan should be adopted;
- the parties' availability for an expedited evidentiary hearing;
- the substantive issues likely to be raised at the evidentiary hearing;
- how the parties intend to present evidence (e.g., by telephone, declaration or affidavits, or live testimony); and
- whether pre-hearing briefs are necessary.

IT IS THEREFORE ORDERED that a case-management conference is set for Wednesday, August 14, 2019, at 4:00 p.m. in Courtroom 3B, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

1    IT IS FURTHER ORDERED that respondent Teofilo Israel Guzman Galicia must attend
2 the case-management conference in person and may also have an attorney appear with him.  If
3 Guzman Galicia is unable to retain private counsel, he may wish to contact an organization such
4 as the Legal Aid Center of Southern Nevada or the State Bar of Nevada Lawyer Referral and
5 Information Service.
6    IT IS FURTHER ORDERED that Torres Garcia must serve a copy of this order on
7 Guzman Galicia and file proof of that service by 5:00 p.m. on Tuesday, August 13, 2019.

DATED: August 9, 2019

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE